≥JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                                                  **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__   Category No. __II__   Investigating Agency __DOL-OIG__

City    __Boston and elsewhere__          **Related Case Information:**
County  __Suffolk and elsewhere__         Superseding Ind./ Inf. _____    Case No. _____
                                          Same Defendant _____    New Defendant _____
                                          Magistrate Judge Case Number __24-mj-1036-DLC__
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**                Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name  __Dawan SEARCY__                                                       Juvenile:  ☐ Yes  ☑ No

                         Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name: _____

Address: __480 Mystic Ave, Apt 303, Somerville, MA__

Birth date (Yr only): __1992__   SSN (last 4#): __5838__   Sex: __Male__   Race __Black__   Nationality: _____

Defense Counsel if known: _____                                    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Lucy Sun__                                          Bar Number if applicable: _____

Interpreter:   ☐ Yes  ☑ No        List language and/or dialect: _____

Victims:       ☐ Yes  ☑ No        If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** __5/26/2023__

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __Hon. Donald L. Cabell__   on __5/26/2023__

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __2/12/2024__              Signature of AUSA: _/s/_

JS 45 (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dawan SEARCY

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**